UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/8/18 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:
KENNETH L. ZEIGLER
MARY L. ZEIGLER
         Debtor(s)
Ronda J. Winnecour, Trustee
         Movant
      vs.
KENNETH L. ZEIGLER
MARY L. ZEIGLER
         Respondent(s)

Case No. 16-23209JAD
Chapter 13

Related to Document No. __78__

## ORDER

        AND NOW, this __8th__ day of _____June_____, 20_18_, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is ***ORDERED, ADJUDGED and DECREED:***

☐    This case is ***DISMISSED***, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐    This case is ***DISMISSED***, without prejudice.

    If either of the above provisions is checked, indicating that this case is being dismissed, then it is ***FURTHER ORDERED*** as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

Motion Withdrawn Per confirmation of Plan at
Dkt. No. 94.

4

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-23209-JAD
Kenneth L. Zeigler                                                  Chapter 13
Mary L. Zeigler
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: jhel              Page 1 of 3          Date Rcvd: Jun 08, 2018
                               Form ID: pdf900         Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2018.
```
db/jdb      +Kenneth L. Zeigler,   Mary L. Zeigler,   638 Topper Hill Road,   Pulaski, PA 16143-3224
cr          +Wilmington Savings Fund Society, FSB, as trustee o,   Aldridge Pite, LLP,   P.O. Box 17933,
             4375 Jutland Drive, Suite 200,   San Diego, CA 92117-3600
14281923    +AAS Debt Recovery,   PO Box 129,   Monroeville, PA 15146-0129
14295963    +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
             Arlington, TX 76096-3853
14281928    +BYL Collection Services LLC,   301 Lacey Street,   West Chester, PA 19382-3727
14281926    +Bay Area Credit Service,   PO Box 467600,   Atlanta, GA 31146-7600
14310290     CitiFinancial Servicing LLC,   P.O. Box 6043,   Sioux Falls, SD 57117-6043
14281929    +Citifinancial,   1000 Technology Drive,   O Fallon, MO 63368-2239
14281930    +Convergent Outsourcing,   800 SW 39th Street,   PO Box 9004,   Renton, WA 98057-9004
14289379    ++FIRST NATIONAL COLLECTION BUREAU,   50 W LIBERTY ST,   STE 250,   RENO NV 89501-1973
             (address filed with court: First National Collection Bureau, Inc.,   610 Waltham Way,
             Sparks, NV 89434)
14281934    +First Federal Credit Control,   24700 Chagrin Blvd, Ste 205,   Cleveland, OH 44122-5662
14281935    +I.C. System,   444 Highway 96 East,   PO Box 64378,   Saint Paul, MN 55164-0378
14281936    +I.C. System Collections,   PO Box 64378,   Saint Paul, MN 55164-0378
14281937    +I.C. System Inc.,   PO Box 64378,   Saint Paul, MN 55164-0378
14281938    ++JC CHRISTENSEN & ASSOC,   PO BOX 519,   SAUK RAPIDS MN 56379-0519
             (address filed with court: J.C. Christensen & Associates, Inc.,   PO Box 519,
             Sauk Rapids, MN 56379)
14281939    +Jameson Health System,   1211 Wilmington Ave,   New Castle, PA 16105-2516
14281941    +Lawrence County Family Medicine,   2520 Wilmington Road,   New Castle, PA 16105-1644
14281942    +Lawrence County Tax Claim Bureau,   430 Court Street,   New Castle, PA 16101-3503
14281943    +Lucien Diagnostic Imaging Inc.,   Department L-3631,   Columbus, OH 43260-0001
14281944    #+Northland Group,   PO Box 129,   Thorofare, NJ 08086-0129
14281946    +Omni Management & Associates,   Po Box 8749,   Toledo, OH 43623-0749
14281947    +Penn Credit,   916 S. 14th Street,   Harrisburg, PA 17104-3425
14281949    +Pulaski Twp Taxes,   1172 State Route 208,   Pulaski, PA 16143-4302
14281950    +Pulaski Twp Taxes,   c/o Sharp Collections,   114 N. Mercer Ave,   PO Box 81,
             Sharpsville, PA 16150-0081
14281951    +Richard L. Rapone, Treasurer,   430 Court Street,   New Castle, PA 16101-3503
14281952    +Robert W. Williams, Esq.,   Milstead & Associates, LLC,   1 E. Stow Road,
             Marlton, NJ 08053-3118
14281953    +Santander Consumer USA,   PO Box 560284,   Dallas, TX 75356-0284
14281954    +Schlee & Stillman LLC,   50 Tower Office Park,   Woburn, MA 01801-2113
14296389    +Sharp Collections Inc.,   PO Box 81,   Sharpsville, PA 16150-0081
14344753    +University of Pittsburgh Physicians,   PO Box 1123,   Minneapolis, MN 55440-1123
14713497    +Wilmington Savings Fund Society, FSB,   Carrington Mortgage Services, LLC,
             1600 South Douglass Road,   Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14281924     +E-mail/Text: roy.buchholz@allianceoneinc.com Jun 09 2018 01:45:47
              AllianceOne Receivables Management,   4850 Street Road, Ste 300,
              Feasterville Trevose, PA 19053-6643
14281925     +E-mail/Text: bankruptcy@acacceptance.com Jun 09 2018 01:46:15      American Credit Acceptance,
              961 E. Main Street,   Spartanburg, SC 29302-2185
14281927     +E-mail/Text: banko@berkscredit.com Jun 09 2018 01:45:56      Berks Credit & Collection,
              900 Corporate Drive,   Reading, PA 19605-3340
14281931     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 09 2018 01:46:50
              Credit Collection Services,   Two Wells Ave,   Newton Center, MA 02459-3246
14281932     +E-mail/Text: bankruptcynotices@dcicollect.com Jun 09 2018 01:46:38      Diversified Consultant,
              10550 Deerwood Park Blvd,   Jacksonville, FL 32256-0596
14281933     +E-mail/Text: bankruptcies@escallate.com Jun 09 2018 01:45:46      Escallate LLC,
              5200 Stoneham Road, Ste 200,   North Canton, OH 44720-1584
14289383     +E-mail/Text: cio.bncmail@irs.gov Jun 09 2018 01:45:54      IRS,   PO Box 7346,
              Philadelphia, PA 19101-7346
14298270      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 09 2018 01:42:34
              LVNV Funding, LLC its successors and assigns as,   assignee of CitiFinancial, Inc.,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14281940     +E-mail/Text: bnc-capio@quantum3group.com Jun 09 2018 01:46:13
              Law Offices of Mitchell D. Bluhm & Assoc,   2222 Texoma Pkwy, Ste 160,
              Sherman, TX 75090-2482
14281948      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 09 2018 01:43:41
              Portfolio Recovery Associates LLC,   PO Box 12914,   Norfolk, VA 23541
14298242      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 09 2018 01:46:10
              Pennsylvania Department of Revenue,   Bankruptcy division,   PO Box 280946,
              Harrisburg P A 17128-0946
14297628      E-mail/Text: bnc-quantum@quantum3group.com Jun 09 2018 01:46:02
              Quantum3 Group LLC as agent for,   Cascade Capital LLC Series A,   PO Box 788,
              Kirkland, WA  98083-0788
14307170     +E-mail/Text: appebnmailbox@sprint.com Jun 09 2018 01:46:14      Sprint Corp.,
              Attn Bankruptcy Dept,   PO Box 7949,   Overland Park KS 66207-0949
```

```
District/off: 0315-2          User: jhel             Page 2 of 3           Date Rcvd: Jun 08, 2018
                              Form ID: pdf900        Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

                                                                                          TOTAL: 13

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiFinancial Servicing, LLC
cr*             +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
14289367*       +AAS Debt Recovery,   PO Box 129,   Monroeville, PA 15146-0129
14289368*       +AllianceOne Receivables Management,   4850 Street Road, Ste 300,
                 Feasterville Trevose, PA 19053-6643
14317541*       +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
14289369*       +American Credit Acceptance,   961 E. Main Street,   Spartanburg, SC 29302-2185
14289372*       +BYL Collection Services LLC,   301 Lacey Street,   West Chester, PA 19382-3727
14289370*       +Bay Area Credit Service,   PO Box 467600,   Atlanta, GA 31146-7600
14289371*       +Berks Credit & Collection,   900 Corporate Drive,   Reading, PA 19605-3340
14289373*       +Citifinancial,   1000 Technology Drive,   O Fallon, MO 63368-2239
14289374*       +Convergent Outsourcing,   800 SW 39th Street,   PO Box 9004,   Renton, WA 98057-9004
14289375*       +Credit Collection Services,   Two Wells Ave,   Newton Center, MA 02459-3246
14289376*       +Diversified Consultant,   10550 Deerwood Park Blvd,   Jacksonville, FL 32256-0596
14289377*       +Escallate LLC,   5200 Stoneham Road, Ste 200,   North Canton, OH 44720-1584
14289378*       +First Federal Credit Control,   24700 Chagrin Blvd, Ste 205,   Cleveland, OH 44122-5662
14289380*       +I.C. System,   444 Highway 96 East,   PO Box 64378,   Saint Paul, MN 55164-0378
14289381*       +I.C. System Collections,   PO Box 64378,   Saint Paul, MN 55164-0378
14289382*       +I.C. System Inc.,   PO Box 64378,   Saint Paul, MN 55164-0378
14289384*       ++JC CHRISTENSEN & ASSOC,   PO BOX 519,   SAUK RAPIDS MN 56379-0519
                 (address filed with court:  J.C. Christensen & Associates, Inc.,   PO Box 519,
                 Sauk Rapids, MN 56379)
14289385*       +Jameson Health System,   1211 Wilmington Ave,   New Castle, PA 16105-2516
14289386*       +Law Offices of Mitchell D. Bluhm & Assoc,   2222 Texoma Pkwy, Ste 160,   Sherman, TX 75090-2482
14289387*       +Lawrence County Family Medicine,   2520 Wilmington Road,   New Castle, PA 16105-1644
14289388*       +Lawrence County Tax Claim Bureau,   430 Court Street,   New Castle, PA 16101-3503
14289389*       +Lucien Diagnostic Imaging Inc.,   Department L-3631,   Columbus, OH 43260-0001
14289390*       +Northland Group,   PO Box 129,   Thorofare, NJ 08086-0129
14289391*       +Northwest Consumer Discount Co.,   3326 Wilmington Road,   New Castle, PA 16105-1039
14289392*       +Omni Management & Associates,   PO Box 8749,   Toledo, OH 43623-0749
14289394*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates LLC,   PO Box 12914,
                 Norfolk, VA 23541)
14289393*       +Penn Credit,   916 S. 14th Street,   Harrisburg, PA 17104-3425
14289395*       +Pulaski Twp Taxes,   1172 State Route 208,   Pulaski, PA 16143-4302
14289396*       +Pulaski Twp Taxes,   c/o Sharp Collections,   114 N. Mercer Ave,   PO Box 81,
                 Sharpsville, PA 16150-0081
14289397*       +Richard L. Rapone, Treasurer,   430 Court Street,   New Castle, PA 16101-3503
14289398*       +Robert W. Williams, Esq.,   Milstead & Associates, LLC,   1 E. Stow Road,
                 Marlton, NJ 08053-3118
14289399*       +Santander Consumer USA,   PO Box 560284,   Dallas, TX 75356-0284
14289400*       +Schlee & Stillman LLC,   50 Tower Office Park,   Woburn, MA 01801-2113
14281945        ##+Northwest Consumer Discount Co.,   3326 Wilmington Road,   New Castle, PA 16105-1039
14296898        ##+Northwest Consumer Discount Co.,   P.O. Box 5077,   New Castle, PA 16105-0077
                                                                        TOTALS: 1, * 34, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                                  Signature:  /s/Joseph Speetjens

District/off: 0315-2          User: jhel              Page 3 of 3            Date Rcvd: Jun 08, 2018
                              Form ID: pdf900         Total Noticed: 44

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:

        Harry B. Reese     on behalf of Creditor    CitiFinancial Servicing, LLC harry.reese@pkallc.com,
        chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
        aynor-paul@pkallc.com
        James  Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
        Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
        Jill  Manuel-Coughlin     on behalf of Creditor    CitiFinancial Servicing, LLC jill@pkallc.com,
        chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        ;mary.raynor-paul@pkallc.com
        Michael C. Eisen     on behalf of Joint Debtor Mary L. Zeigler attorneyeisen@yahoo.com,
        aarin96@hotmail.com
        Michael C. Eisen     on behalf of Debtor Kenneth L. Zeigler attorneyeisen@yahoo.com,
        aarin96@hotmail.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com

                                               TOTAL: 7