IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:    KENNETH L. ZEIGLER | : | Bankruptcy No. 16-23209-JAD |
| MARY L. ZEIGLER | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| MARY L. ZEIGLER | : | |
| Movant | : | |
| v. | : | |
| | : | Related to Doc. #110 |
| COMPREHENSIVE HEALTHCARE SERVICES | : | |
| Respondent | : | |
| WO-2 SSN: XXX-XX-5702 | : | |

### ORDER OF COURT

AN NOW THIS ___15th___ day of ___October___, 2020, it is hereby ORDERED, ADJUDGED, and DECREED that,

Comprehensive Healthcare Services
c/o The Grove at New Wilmington
Attn: Payroll Manager
520 New Castle Street
New Wilmington, PA 16142

is hereby ordered to immediately terminate the wage attachment of the wages of MARY L. ZEIGLER, social security number XXX-XX-5702  No future payments are to be sent to Ronda J. Winnecour on behalf of MARY L. ZEIGLER.

Dated:    10/15/2020

_____ sjk
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor (s)
    MICHAEL C. EISEN, ESQ.              , Attorney for the debtor(s)
    RONDA J. WINNECOUR PA ID#30399      , Chapter 13 Trustee

FILED
10/15/20 8:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 16-23209-JAD

Kenneth L. Zeigler  Chapter 13

Mary L. Zeigler

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dkam | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 15, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth L. Zeigler, Mary L. Zeigler, 638 Topper Hill Road, Pulaski, PA 16143-3224 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Mary L. Zeigler, 638 Topper Hill Road, Pulaski, PA 16143-3224 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2020                           Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com |
| Harry B. Reese | |
| | on behalf of Creditor CitiFinancial Servicing LLC bankruptcy@powerskirn.com |
| James R. Wood | |
| | on behalf of Creditor Wilmington Area School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Jill Manuel-Coughlin | |
| | on behalf of Creditor CitiFinancial Servicing LLC bankruptcy@powerskirn.com |

District/off: 0315-2      User: dkam      Page 2 of 2
Date Rcvd: Oct 15, 2020      Form ID: pdf900      Total Noticed: 1

Michael C. Eisen
    on behalf of Debtor Kenneth L. Zeigler attorneyeisen@yahoo.com aarin96@hotmail.com

Michael C. Eisen
    on behalf of Joint Debtor Mary L. Zeigler attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8