**Form 410**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kenneth L. Zeigler
Mary L. Zeigler**
  Debtor(s)

Bankruptcy Case No.: 16–23209–JAD
Doc. #117
Chapter: 13
Docket No.: 118 – 117
Concil. Conf.: February 18, 2021 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 28, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 12, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **February 18, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 13, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-23209-JAD
Kenneth L. Zeigler  Chapter 13
Mary L. Zeigler
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: skoz  Page 1 of 4
Date Rcvd: Nov 13, 2020  Form ID: 410  Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth L. Zeigler, 638 Topper Hill Road, Pulaski, PA 16143-3224 |
| jdb | + | Mary L. Zeigler, 638 Topper Hill Road, Pulaski, PA 16143-3224 |
| cr | + | Wilmington Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | Wilmington Savings Fund Society, FSB, as trustee o, Aldridge Pite, LLP, P.O. Box 17933, 4375 Jutland Drive, Suite 200, San Diego, CA 92117-3600 |
| 14281923 | + | AAS Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 14281928 | + | BYL Collection Services LLC, 301 Lacey Street, West Chester, PA 19382-3727 |
| 14281926 | + | Bay Area Credit Service, PO Box 467600, Atlanta, GA 31146-7600 |
| 14310290 | | CitiFinancial Servicing LLC, P.O. Box 6043, Sioux Falls, SD 57117-6043 |
| 14281929 | + | Citifinancial, 1000 Technology Drive, O Fallon, MO 63368-2222 |
| 14281933 | #+ | Escallate LLC, 5200 Stoneham Road, Ste 200, North Canton, OH 44720-1584 |
| 14281935 | + | I.C. System, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14281936 | + | I.C. System Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14281937 | + | I.C. System Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 14281938 | ++ | JC CHRISTENSEN & ASSOC, PO BOX 519, SAUK RAPIDS MN 56379-0519 address filed with court:, J.C. Christensen & Associates, Inc., PO Box 519, Sauk Rapids, MN 56379 |
| 14281939 | + | Jameson Health System, 1211 Wilmington Ave, New Castle, PA 16105-2516 |
| 14281941 | + | Lawrence County Family Medicine, 2520 Wilmington Road, New Castle, PA 16105-1644 |
| 14281942 | + | Lawrence County Tax Claim Bureau, 430 Court Street, New Castle, PA 16101-3503 |
| 14281943 | + | Lucien Diagnostic Imaging Inc., Department L-3631, Columbus, OH 43260-0001 |
| 14281944 | + | Northland Group, PO Box 129, Thorofare, NJ 08086-0129 |
| 14281946 | + | Omni Management & Associates, PO Box 8749, Toledo, OH 43623-0749 |
| 14281950 | + | Pulaski Twp Taxes, c/o Sharp Collections, 114 N. Mercer Ave, PO Box 81, Sharpsville, PA 16150-0081 |
| 14281949 | + | Pulaski Twp Taxes, 1172 State Route 208, Pulaski, PA 16143-4302 |
| 14281951 | + | Richard L. Rapone, Treasurer, 430 Court Street, New Castle, PA 16101-3503 |
| 14281952 | + | Robert W. Williams, Esq., Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14281953 | + | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 14281954 | + | Schlee & Stillman LLC, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 14296389 | + | Sharp Collections Inc., PO Box 81, Sharpsville, PA 16150-0081 |
| 14344753 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14713497 | + | Wilmington Savings Fund Society, FSB, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14281924 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Nov 14 2020 03:56:00 | AllianceOne Receivables Management, 4850 Street Road, Ste 300, Feasterville Trevose, PA 19053-6643 |

Case 16-23209-JAD  Doc 119  Filed 11/15/20  Entered 11/16/20 00:32:38  Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: skoz | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: 410 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14295963 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 14 2020 03:56:00 | | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14281925 | + | Email/Text: bankruptcy@acacceptance.com Nov 14 2020 03:56:00 | | American Credit Acceptance, 961 E. Main Street, Spartanburg, SC 29302-2185 |
| 14281927 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com Nov 14 2020 03:57:00 | | Berks Credit & Collection, 900 Corporate Drive, Reading, PA 19605-3340 |
| 14281930 | + | Email/Text: convergent@ebn.phinsolutions.com Nov 14 2020 03:57:00 | | Convergent Outsourcing, 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 14281931 | + | Email/Text: bankruptcy_notifications@ccsusa.com Nov 14 2020 03:57:00 | | Credit Collection Services, Two Wells Ave, Newton Center, MA 02459-3246 |
| 14281932 | + | Email/Text: bankruptcynotices@dcicollect.com Nov 14 2020 03:57:00 | | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 14281934 | | Email/Text: alyse@ffcc.com Nov 14 2020 03:56:00 | | First Federal Credit Control, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 14289379 | + | Email/Text: bankruptcy@fncbinc.com Nov 14 2020 03:56:00 | | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 14289383 | + | Email/Text: sbse.cio.bnc.mail@irs.gov Nov 14 2020 03:56:00 | | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14298270 | | Email/PDF: resurgentbknotifications@resurgent.com Nov 14 2020 03:30:25 | | LVNV Funding, LLC its successors and assigns as, assignee of CitiFinancial, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14281940 | + | Email/Text: bnc-capio@quantum3group.com Nov 14 2020 03:56:00 | | Law Offices of Mitchell D. Bluhm & Assoc, 2222 Texoma Pkwy, Ste 160, Sherman, TX 75090-2482 |
| 14281948 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2020 10:14:26 | | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 14298242 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2020 03:56:00 | | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14297628 | | Email/Text: bnc-quantum@quantum3group.com Nov 14 2020 03:56:00 | | Quantum3 Group LLC as agent for, Cascade Capital LLC Series A, PO Box 788, Kirkland, WA 98083-0788 |
| 14307170 | | Email/Text: appebnmailbox@sprint.com Nov 14 2020 03:56:00 | | Sprint Corp., Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CitiFinancial Servicing, LLC |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 14289367 | *+ | AAS Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 14289368 | *+ | AllianceOne Receivables Management, 4850 Street Road, Ste 300, Feasterville Trevose, PA 19053-6643 |
| 14317541 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14289369 | *+ | American Credit Acceptance, 961 E. Main Street, Spartanburg, SC 29302-2185 |
| 14289372 | *+ | BYL Collection Services LLC, 301 Lacey Street, West Chester, PA 19382-3727 |
| 14289370 | *+ | Bay Area Credit Service, PO Box 467600, Atlanta, GA 31146-7600 |
| 14289371 | *+ | Berks Credit & Collection, 900 Corporate Drive, Reading, PA 19605-3340 |
| 14289373 | *+ | Citifinancial, 1000 Technology Drive, O Fallon, MO 63368-2222 |
| 14289374 | *+ | Convergent Outsourcing, 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 14289375 | *+ | Credit Collection Services, Two Wells Ave, Newton Center, MA 02459-3246 |
| 14289376 | *+ | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 14289377 | *+ | Escallate LLC, 5200 Stoneham Road, Ste 200, North Canton, OH 44720-1584 |

| District/off: 0315-2 | User: skoz | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: 410 | Total Noticed: 45 |

| | | |
|---|---|---|
| 14289378 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit Control, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 14289380 | *+ | I.C. System, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14289381 | *+ | I.C. System Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14289382 | *+ | I.C. System Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 14289384 | *P++ | JC CHRISTENSEN & ASSOC, PO BOX 519, SAUK RAPIDS MN 56379-0519, address filed with court:, J.C. Christensen & Associates, Inc., PO Box 519, Sauk Rapids, MN 56379 |
| 14289385 | *+ | Jameson Health System, 1211 Wilmington Ave, New Castle, PA 16105-2516 |
| 14289386 | *+ | Law Offices of Mitchell D. Bluhm & Assoc, 2222 Texoma Pkwy, Ste 160, Sherman, TX 75090-2482 |
| 14289387 | *+ | Lawrence County Family Medicine, 2520 Wilmington Road, New Castle, PA 16105-1644 |
| 14289388 | *+ | Lawrence County Tax Claim Bureau, 430 Court Street, New Castle, PA 16101-3503 |
| 14289389 | *+ | Lucien Diagnostic Imaging Inc., Department L-3631, Columbus, OH 43260-0001 |
| 14289390 | *+ | Northland Group, PO Box 129, Thorofare, NJ 08086-0129 |
| 14289391 | *+ | Northwest Consumer Discount Co., 3326 Wilmington Road, New Castle, PA 16105-1039 |
| 14289392 | *+ | Omni Management & Associates, PO Box 8749, Toledo, OH 43623-0749 |
| 14289394 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 14289393 | *+ | Penn Credit, 916 S. 14th Street, Harrisburg, PA 17104-3425 |
| 14289395 | *+ | Pulaski Twp Taxes, 1172 State Route 208, Pulaski, PA 16143-4302 |
| 14289396 | *+ | Pulaski Twp Taxes, c/o Sharp Collections, 114 N. Mercer Ave, PO Box 81, Sharpsville, PA 16150-0081 |
| 14289397 | *+ | Richard L. Rapone, Treasurer, 430 Court Street, New Castle, PA 16101-3503 |
| 14289398 | *+ | Robert W. Williams, Esq., Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14289399 | *+ | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 14289400 | *+ | Schlee & Stillman LLC, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 14281945 | ##+ | Northwest Consumer Discount Co., 3326 Wilmington Road, New Castle, PA 16105-1039 |
| 14296898 | ##+ | Northwest Consumer Discount Co., P.O. Box 5077, New Castle, PA 16105-0077 |
| 14281947 | ##+ | Penn Credit, 916 S. 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 34 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2020         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor CitiFinancial Servicing  LLC bankruptcy@powerskirn.com |
| James R. Wood | on behalf of Creditor Wilmington Area School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Jill Manuel-Coughlin | on behalf of Creditor CitiFinancial Servicing  LLC bankruptcy@powerskirn.com |
| Michael C. Eisen | on behalf of Joint Debtor Mary L. Zeigler attorneyeisen@yahoo.com  aarin96@hotmail.com |

District/off: 0315-2 User: skoz Page 4 of 4
Date Rcvd: Nov 13, 2020 Form ID: 410 Total Noticed: 45

Michael C. Eisen
    on behalf of Debtor Kenneth L. Zeigler attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8