Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Kenneth L. Zeigler** | : | Case No. 16−23209−JAD |
| **Mary L. Zeigler** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Doc. #117 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 18th of February, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23209-JAD |
| Kenneth L. Zeigler | Chapter 13 |
| Mary L. Zeigler | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: skoz | Page 1 of 4 |
| Date Rcvd: Feb 18, 2021 | Form ID: 309 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth L. Zeigler, Mary L. Zeigler, 638 Topper Hill Road, Pulaski, PA 16143-3224 |
| cr | + | CARRINGTON MTG SERV WILMINGTON SAVINGS, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806-5948 |
| cr | + | Wilmington Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | Wilmington Savings Fund Society, FSB, as trustee o, Aldridge Pite, LLP, P.O. Box 17933, 4375 Jutland Drive, Suite 200, San Diego, CA 92117-3600 |
| 14281923 | + | AAS Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 14281928 | + | BYL Collection Services LLC, 301 Lacey Street, West Chester, PA 19382-3727 |
| 14281926 | + | Bay Area Credit Service, PO Box 467600, Atlanta, GA 31146-7600 |
| 14310290 | | CitiFinancial Servicing LLC, P.O. Box 6043, Sioux Falls, SD 57117-6043 |
| 14281933 | #+ | Escallate LLC, 5200 Stoneham Road, Ste 200, North Canton, OH 44720-1584 |
| 14281938 | ++ | JC CHRISTENSEN & ASSOC, PO BOX 519, SAUK RAPIDS MN 56379-0519 address filed with court:, J.C. Christensen & Associates, Inc., PO Box 519, Sauk Rapids, MN 56379 |
| 14281939 | + | Jameson Health System, 1211 Wilmington Ave, New Castle, PA 16105-2516 |
| 14281941 | + | Lawrence County Family Medicine, 2520 Wilmington Road, New Castle, PA 16105-1644 |
| 14281942 | + | Lawrence County Tax Claim Bureau, 430 Court Street, New Castle, PA 16101-3503 |
| 14281943 | + | Lucien Diagnostic Imaging Inc., Department L-3631, Columbus, OH 43260-0001 |
| 14281944 | + | Northland Group, PO Box 129, Thorofare, NJ 08086-0129 |
| 14281946 | + | Omni Management & Associates, PO Box 8749, Toledo, OH 43623-0749 |
| 14281949 | + | Pulaski Twp Taxes, 1172 State Route 208, Pulaski, PA 16143-4302 |
| 14281950 | + | Pulaski Twp Taxes, c/o Sharp Collections, 114 N. Mercer Ave, PO Box 81, Sharpsville, PA 16150-0081 |
| 14281951 | + | Richard L. Rapone, Treasurer, 430 Court Street, New Castle, PA 16101-3503 |
| 14281952 | + | Robert W. Williams, Esq., Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14307170 | ++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901 address filed with court:, Sprint Corp., Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 14281954 | + | Schlee & Stillman LLC, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 14296389 | + | Sharp Collections Inc., PO Box 81, Sharpsville, PA 16150-0081 |
| 14344753 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14713497 | + | Wilmington Savings Fund Society, FSB, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14281924 | + | Email/Text: kristin.villnleauve@allianceoneinc.com | Feb 19 2021 03:29:00 | AllianceOne Receivables Management, 4850 Street Road, Ste 300, Feasterville Trevose, PA 19053-6643 |
| 14295963 | + | EDI: PHINAMERI.COM | Feb 19 2021 04:13:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

Case 16-23209-JAD   Doc 123   Filed 02/20/21   Entered 02/21/21 00:37:58   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: skoz | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 18, 2021 | Form ID: 309 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14281925 | + | EDI: ACBK.COM | Feb 19 2021 04:13:00 | American Credit Acceptance, 961 E. Main Street, Spartanburg, SC 29302-2185 |
| 14281927 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Feb 19 2021 03:31:00 | Berks Credit & Collection, 900 Corporate Drive, Reading, PA 19605-3340 |
| 14281929 | + | EDI: CITICORP.COM | Feb 19 2021 04:13:00 | Citifinancial, 1000 Technology Drive, O Fallon, MO 63368-2222 |
| 14281930 | + | EDI: CONVERGENT.COM | Feb 19 2021 04:13:00 | Convergent Outsourcing, 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 14281931 | + | EDI: CCS.COM | Feb 19 2021 04:13:00 | Credit Collection Services, Two Wells Ave, Newton Center, MA 02459-3225 |
| 14281932 | + | EDI: DCI.COM | Feb 19 2021 04:13:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 14281934 | | Email/Text: jill@ffcc.com | Feb 19 2021 03:29:00 | First Federal Credit Control, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 14289379 | + | Email/Text: bankruptcy@fncbinc.com | Feb 19 2021 03:29:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 14281935 | + | EDI: IIC9.COM | Feb 19 2021 04:13:00 | I.C. System, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14281936 | + | EDI: IIC9.COM | Feb 19 2021 04:13:00 | I.C. System Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14281937 | + | EDI: IIC9.COM | Feb 19 2021 04:13:00 | I.C. System Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 14289383 | + | EDI: IRS.COM | Feb 19 2021 04:13:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14298270 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2021 02:34:56 | LVNV Funding, LLC its successors and assigns as, assignee of CitiFinancial, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14281940 | + | EDI: CAPIO.COM | Feb 19 2021 04:13:00 | Law Offices of Mitchell D. Bluhm & Assoc, 2222 Texoma Pkwy, Ste 160, Sherman, TX 75090-2482 |
| 14281948 | | EDI: PRA.COM | Feb 19 2021 04:13:00 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 14298242 | | EDI: PENNDEPTREV | Feb 19 2021 04:13:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14298242 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 19 2021 03:30:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14297628 | | EDI: Q3G.COM | Feb 19 2021 04:13:00 | Quantum3 Group LLC as agent for, Cascade Capital LLC Series A, PO Box 788, Kirkland, WA 98083-0788 |
| 14307170 | | EDI: AISSPRINT | Feb 19 2021 04:13:00 | Sprint Corp., Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 14281953 | + | EDI: DRIV.COM | Feb 19 2021 04:13:00 | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CitiFinancial Servicing, LLC |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |

| District/off: 0315-2 | User: skoz | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 18, 2021 | Form ID: 309 | Total Noticed: 45 |

| | | |
|---|---|---|
| 14289367 | *+ | AAS Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 14289368 | *+ | AllianceOne Receivables Management, 4850 Street Road, Ste 300, Feasterville Trevose, PA 19053-6643 |
| 14317541 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14289369 | *+ | American Credit Acceptance, 961 E. Main Street, Spartanburg, SC 29302-2185 |
| 14289372 | *+ | BYL Collection Services LLC, 301 Lacey Street, West Chester, PA 19382-3727 |
| 14289370 | *+ | Bay Area Credit Service, PO Box 467600, Atlanta, GA 31146-7600 |
| 14289371 | *+ | Berks Credit & Collection, 900 Corporate Drive, Reading, PA 19605-3340 |
| 14289373 | *+ | Citifinancial, 1000 Technology Drive, O Fallon, MO 63368-2222 |
| 14289374 | *+ | Convergent Outsourcing, 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 14289375 | *+ | Credit Collection Services, Two Wells Ave, Newton Center, MA 02459-3225 |
| 14289376 | *+ | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 14289377 | *+ | Escallate LLC, 5200 Stoneham Road, Ste 200, North Canton, OH 44720-1584 |
| 14289378 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit Control, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 14289380 | *+ | I.C. System, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14289381 | *+ | I.C. System Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14289382 | *+ | I.C. System Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 14289384 | *P++ | JC CHRISTENSEN & ASSOC, PO BOX 519, SAUK RAPIDS MN 56379-0519, address filed with court:, J.C. Christensen & Associates, Inc., PO Box 519, Sauk Rapids, MN 56379 |
| 14289385 | *+ | Jameson Health System, 1211 Wilmington Ave, New Castle, PA 16105-2516 |
| 14289386 | *+ | Law Offices of Mitchell D. Bluhm & Assoc, 2222 Texoma Pkwy, Ste 160, Sherman, TX 75090-2482 |
| 14289387 | *+ | Lawrence County Family Medicine, 2520 Wilmington Road, New Castle, PA 16105-1644 |
| 14289388 | *+ | Lawrence County Tax Claim Bureau, 430 Court Street, New Castle, PA 16101-3503 |
| 14289389 | *+ | Lucien Diagnostic Imaging Inc., Department L-3631, Columbus, OH 43260-0001 |
| 14289390 | *+ | Northland Group, PO Box 129, Thorofare, NJ 08086-0129 |
| 14289391 | *+ | Northwest Consumer Discount Co., 3326 Wilmington Road, New Castle, PA 16105-1039 |
| 14289392 | *+ | Omni Management & Associates, PO Box 8749, Toledo, OH 43623-0749 |
| 14289394 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 14289393 | *+ | Penn Credit, 916 S. 14th Street, Harrisburg, PA 17104-3425 |
| 14289395 | *+ | Pulaski Twp Taxes, 1172 State Route 208, Pulaski, PA 16143-4302 |
| 14289396 | *+ | Pulaski Twp Taxes, c/o Sharp Collections, 114 N. Mercer Ave, PO Box 81, Sharpsville, PA 16150-0081 |
| 14289397 | *+ | Richard L. Rapone, Treasurer, 430 Court Street, New Castle, PA 16101-3503 |
| 14289398 | *+ | Robert W. Williams, Esq., Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14289399 | *+ | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 14289400 | *+ | Schlee & Stillman LLC, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 14281945 | ##+ | Northwest Consumer Discount Co., 3326 Wilmington Road, New Castle, PA 16105-1039 |
| 14296898 | ##+ | Northwest Consumer Discount Co., P.O. Box 5077, New Castle, PA 16105-0077 |
| 14281947 | ##+ | Penn Credit, 916 S. 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 34 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2021            Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

**Name**            **Email Address**

| | | |
|---|---|---|
| District/off: 0315-2 | User: skoz | Page 4 of 4 |
| Date Rcvd: Feb 18, 2021 | Form ID: 309 | Total Noticed: 45 |

Brian Nicholas
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com

Harry B. Reese
    on behalf of Creditor CitiFinancial Servicing  LLC bankruptcy@powerskirn.com

James R. Wood
    on behalf of Creditor Wilmington Area School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Jill Manuel-Coughlin
    on behalf of Creditor CitiFinancial Servicing  LLC bankruptcy@powerskirn.com

Michael C. Eisen
    on behalf of Joint Debtor Mary L. Zeigler attorneyeisen@yahoo.com  aarin96@hotmail.com

Michael C. Eisen
    on behalf of Debtor Kenneth L. Zeigler attorneyeisen@yahoo.com  aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8