IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 16-23209-JAD |
| Kenneth L. Zeigler | ) | |
| Mary L. Zeigler | ) | Chapter 13 |
| Debtors | ) | |
| | ) | |

## CONSENT ORDER RESOLVING DISBURSEMENT OF FUNDS ON HAND

IT IS HEREBY CONSENTED by the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, as follows:

1. The Debtors Chapter 13 Case was dismissed on February 18, 2021.
2. It is still the Debtors intent to attempt to save their home.
3. Currently the Chapter 13 Trustee has $7,350.79 ("Balance on Hand), more or less on hand, that has not been disbursed to creditors.
4. Debtors request, and Trustee consents, that the Court Order that, notwithstanding any interim or final confirmation order to the contrary, that the Trustee disburse the entire Balance on Hand to Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A (Cl #14) on account of Trustee's CID 60 (representing the mortgage arrears) so far as the funds will go, with any surplus to Trustee's CID 3 (which represents the post-petition mortgage payments).

Respectfully Submitted,

Dated: April 23, 2021    **M. EISEN & ASSOCIATES, P.C.**

By: Michael C. Eisen
PA I.D. 74523
attorneyeisen@yahoo.com
404 McKnight Park Drive
Pittsburgh, PA 15237
412-367-9005

Dated: April 23, 2021    /s/ Owen Katz
Chapter 13 Trustee
Ste 3250, USX Tower
600 Grant Street

Pittsburgh, PA 15219
412-471-5566
okatz@chapter13trusteewdpa.com

IT IS SO ORDERED

_____

Jeffery A. Deller
BANKRUPTCY JUDGE