IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      )
                                            )   Case No. 16-23209-JAD
Kenneth L. Zeigler                          )
Mary L. Zeigler                             )
                                            )   Chapter 13
        Debtors                             )
                                            )   Doc. # 124
                                            )

**CONSENT ORDER RESOLVING DISBURSEMENT OF FUNDS ON HAND**

IT IS HEREBY CONSENTED by the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, as follows:

1. The Debtors Chapter 13 Case was dismissed on February 18, 2021.

2. It is still the Debtors intent to attempt to save their home.

3. Currently the Chapter 13 Trustee has $7,350.79 ("Balance on Hand), more or less on hand, that has not been disbursed to creditors.

4. Debtors request, and Trustee consents, that the Court Order that, notwithstanding any interim or final confirmation order to the contrary, that the Trustee disburse the entire Balance on Hand to Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A (Cl #14) on account of Trustee's CID 60 (representing the mortgage arrears) so far as the funds will go, with any surplus to Trustee's CID 3 (which represents the post-petition mortgage payments).

Respectfully Submitted,

Dated: April 23, 2021         **M. EISEN & ASSOCIATES, P.C.**

                              By: Michael C. Eisen
                              PA I.D. 74523
                              attorneyeisen@yahoo.com
                              404 McKnight Park Drive
                              Pittsburgh, PA 15237
                              412-367-9005


Dated: April 23, 2021         /s/ Owen Katz
                              Chapter 13 Trustee
                              Ste 3250, USX Tower
                              600 Grant Street

Pittsburgh, PA 15219
412-471-5566
okatz@chapter13trusteewdpa.com

FILED
4/23/21 10:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IT IS SO ORDERED

_____
Jeffery A. Deller    jsf
BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kenneth L. Zeigler  
Mary L. Zeigler  
    Debtors

Case No. 16-23209-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 4  
Date Rcvd: Apr 23, 2021      Form ID: pdf900      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth L. Zeigler, Mary L. Zeigler, 638 Topper Hill Road, Pulaski, PA 16143-3224 |
| cr | + | CARRINGTON MTG SERV WILMINGTON SAVINGS, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806-5948 |
| cr | + | Wilmington Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | Wilmington Savings Fund Society, FSB, as trustee o, Aldridge Pite, LLP, P.O. Box 17933, 4375 Jutland Drive, Suite 200, San Diego, CA 92117-3600 |
| 14281923 | + | AAS Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 14281928 | + | BYL Collection Services LLC, 301 Lacey Street, West Chester, PA 19382-3727 |
| 14281926 | + | Bay Area Credit Service, PO Box 467600, Atlanta, GA 31146-7600 |
| 14310290 | | CitiFinancial Servicing LLC, P.O. Box 6043, Sioux Falls, SD 57117-6043 |
| 14281935 | + | I.C. System, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14281936 | + | I.C. System Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14281937 | + | I.C. System Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 14281938 | ++ | JC CHRISTENSEN & ASSOC, PO BOX 519, SAUK RAPIDS MN 56379-0519 address filed with court:, J.C. Christensen & Associates, Inc., PO Box 519, Sauk Rapids, MN 56379 |
| 14281939 | + | Jameson Health System, 1211 Wilmington Ave, New Castle, PA 16105-2516 |
| 14281941 | + | Lawrence County Family Medicine, 2520 Wilmington Road, New Castle, PA 16105-1644 |
| 14281942 | + | Lawrence County Tax Claim Bureau, 430 Court Street, New Castle, PA 16101-3503 |
| 14281943 | + | Lucien Diagnostic Imaging Inc., Department L-3631, Columbus, OH 43260-0001 |
| 14281944 | + | Northland Group, PO Box 129, Thorofare, NJ 08086-0129 |
| 14281945 | + | Northwest Consumer Discount Co., 3326 Wilmington Road, New Castle, PA 16105-1039 |
| 14296898 | + | Northwest Consumer Discount Co., P.O. Box 5077, New Castle, PA 16105-0077 |
| 14281946 | + | Omni Management & Associates, PO Box 8749, Toledo, OH 43623-0749 |
| 14281949 | + | Pulaski Twp Taxes, 1172 State Route 208, Pulaski, PA 16143-4302 |
| 14281950 | + | Pulaski Twp Taxes, c/o Sharp Collections, 114 N. Mercer Ave, PO Box 81, Sharpsville, PA 16150-0081 |
| 14281951 | + | Richard L. Rapone, Treasurer, 430 Court Street, New Castle, PA 16101-3503 |
| 14281952 | + | Robert W. Williams, Esq., Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14281953 | + | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 14281954 | + | Schlee & Stillman LLC, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 14296389 | + | Sharp Collections Inc., PO Box 81, Sharpsville, PA 16150-0081 |
| 14344753 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14713497 | + | Wilmington Savings Fund Society, FSB, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14281924 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Apr 24 2021 02:22:00 | AllianceOne Receivables Management, 4850 Street Road, Ste 300, Feasterville Trevose, PA 19053-6643 |
| 14295963 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 24 2021 02:22:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX |

| District/off: 0315-2 | User: culy | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 23, 2021 | Form ID: pdf900 | Total Noticed: 46 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 76096-3853 |
| 14281925 | + | Email/Text: bankruptcy@acacceptance.com | Apr 24 2021 02:22:00 | American Credit Acceptance, 961 E. Main Street, Spartanburg, SC 29302-2185 |
| 14281927 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Apr 24 2021 02:22:00 | Berks Credit & Collection, 900 Corporate Drive, Reading, PA 19605-3340 |
| 14281929 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2021 02:32:01 | Citifinancial, 1000 Technology Drive, O Fallon, MO 63368-2222 |
| 14281930 | + | Email/Text: convergent@ebn.phinsolutions.com | Apr 24 2021 02:22:00 | Convergent Outsourcing, 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 14281931 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 24 2021 02:22:00 | Credit Collection Services, Two Wells Ave, Newton Center, MA 02459-3225 |
| 14281932 | + | Email/Text: bankruptcynotices@dcicollect.com | Apr 24 2021 02:22:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 14281934 | | Email/Text: jill@ffcc.com | Apr 24 2021 02:22:00 | First Federal Credit Control, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 14289379 | + | Email/Text: bankruptcy@fncbinc.com | Apr 24 2021 02:22:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 14289383 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 24 2021 02:22:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14298270 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2021 02:32:58 | LVNV Funding, LLC its successors and assigns as, assignee of CitiFinancial, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14281940 | + | Email/Text: bnc-capio@quantum3group.com | Apr 24 2021 02:22:00 | Law Offices of Mitchell D. Bluhm & Assoc, 2222 Texoma Pkwy, Ste 160, Sherman, TX 75090-2482 |
| 14281948 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2021 02:31:56 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 14298242 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 24 2021 02:22:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14297628 | | Email/Text: bnc-quantum@quantum3group.com | Apr 24 2021 02:22:00 | Quantum3 Group LLC as agent for, Cascade Capital LLC Series A, PO Box 788, Kirkland, WA 98083-0788 |
| 14307170 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Apr 24 2021 02:32:57 | Sprint Corp., Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CitiFinancial Servicing, LLC |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 14289367 | *+ | AAS Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 14289368 | *+ | AllianceOne Receivables Management, 4850 Street Road, Ste 300, Feasterville Trevose, PA 19053-6643 |
| 14317541 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14289369 | *+ | American Credit Acceptance, 961 E. Main Street, Spartanburg, SC 29302-2185 |
| 14289372 | *+ | BYL Collection Services LLC, 301 Lacey Street, West Chester, PA 19382-3727 |
| 14289370 | *+ | Bay Area Credit Service, PO Box 467600, Atlanta, GA 31146-7600 |
| 14289371 | *+ | Berks Credit & Collection, 900 Corporate Drive, Reading, PA 19605-3340 |
| 14289373 | *+ | Citifinancial, 1000 Technology Drive, O Fallon, MO 63368-2222 |
| 14289374 | *+ | Convergent Outsourcing, 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 14289375 | *+ | Credit Collection Services, Two Wells Ave, Newton Center, MA 02459-3225 |
| 14289376 | *+ | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 14289377 | *+ | Escallate LLC, 5200 Stoneham Road, Ste 200, North Canton, OH 44720-1584 |

| District/off: 0315-2 | User: culy | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 23, 2021 | Form ID: pdf900 | Total Noticed: 46 |

| | | |
|---|---|---|
| 14289378 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit Control, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 14289380 | *+ | I.C. System, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14289381 | *+ | I.C. System Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14289382 | *+ | I.C. System Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 14289384 | *P++ | JC CHRISTENSEN & ASSOC, PO BOX 519, SAUK RAPIDS MN 56379-0519, address filed with court:, J.C. Christensen & Associates, Inc., PO Box 519, Sauk Rapids, MN 56379 |
| 14289385 | *+ | Jameson Health System, 1211 Wilmington Ave, New Castle, PA 16105-2516 |
| 14289386 | *+ | Law Offices of Mitchell D. Bluhm & Assoc, 2222 Texoma Pkwy, Ste 160, Sherman, TX 75090-2482 |
| 14289387 | *+ | Lawrence County Family Medicine, 2520 Wilmington Road, New Castle, PA 16105-1644 |
| 14289388 | *+ | Lawrence County Tax Claim Bureau, 430 Court Street, New Castle, PA 16101-3503 |
| 14289389 | *+ | Lucien Diagnostic Imaging Inc., Department L-3631, Columbus, OH 43260-0001 |
| 14289390 | *+ | Northland Group, PO Box 129, Thorofare, NJ 08086-0129 |
| 14289391 | *+ | Northwest Consumer Discount Co., 3326 Wilmington Road, New Castle, PA 16105-1039 |
| 14289392 | *+ | Omni Management & Associates, PO Box 8749, Toledo, OH 43623-0749 |
| 14289394 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 14289393 | *+ | Penn Credit, 916 S. 14th Street, Harrisburg, PA 17104-3425 |
| 14289395 | *+ | Pulaski Twp Taxes, 1172 State Route 208, Pulaski, PA 16143-4302 |
| 14289396 | *+ | Pulaski Twp Taxes, c/o Sharp Collections, 114 N. Mercer Ave, PO Box 81, Sharpsville, PA 16150-0081 |
| 14289397 | *+ | Richard L. Rapone, Treasurer, 430 Court Street, New Castle, PA 16101-3503 |
| 14289398 | *+ | Robert W. Williams, Esq., Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14289399 | *+ | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 14289400 | *+ | Schlee & Stillman LLC, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 14281933 | ##+ | Escallate LLC, 5200 Stoneham Road, Ste 200, North Canton, OH 44720-1584 |
| 14281947 | ##+ | Penn Credit, 916 S. 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 34 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2021            Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2021 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
　　on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com

Harry B. Reese
　　on behalf of Creditor CitiFinancial Servicing  LLC bankruptcy@powerskirn.com

James R. Wood
　　on behalf of Creditor Wilmington Area School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Jill Manuel-Coughlin
　　on behalf of Creditor CitiFinancial Servicing  LLC bankruptcy@powerskirn.com

Michael C. Eisen
　　on behalf of Joint Debtor Mary L. Zeigler attorneyeisen@yahoo.com  aarin96@hotmail.com

Michael C. Eisen
　　on behalf of Debtor Kenneth L. Zeigler attorneyeisen@yahoo.com  aarin96@hotmail.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 4 of 4 |
| Date Rcvd: Apr 23, 2021 | Form ID: pdf900 | Total Noticed: 46 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8