**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

KENNETH L. ZEIGLER
MARY L. ZEIGLER
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Respondents.

Case No.:16-23209 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/31/2016 and confirmed on 10/21/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 57,398.18 |
| Less Refunds to Debtor | 360.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 57,038.18 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 2,661.74 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,161.74 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS | 0.00 | 25,932.37 | 0.00 | 25,932.37 |
|     Acct: 7344 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS | 18,080.13 | 18,075.87 | 0.00 | 18,075.87 |
|     Acct: 7344 | | | | |
|   LAWRENCE COUNTY TAX CLAIM BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0700 | | | | |
|   PULASKI TWP - REAL ESTATE TAX | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0700 | | | | |
|   TREASURER OF LAWRENCE COUNTY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0700 | | | | |
|   LAWRENCE COUNTY TAX CLAIM BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1133 | | | | |
|   PA DEPARTMENT OF REVENUE* | 2,012.14 | 1,193.09 | 198.11 | 1,391.20 |
|     Acct: 4042 | | | | |
|   AMERICAN CREDIT ACCEPTANCE | 0.00 | 5,477.00 | 0.00 | 5,477.00 |
|     Acct: 1001 | | | | |
|   SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8025 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| AMERICAN CREDIT ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1001 | | | | |
| | | | | 50,876.44 |
| **Priority** | | | | |
| MICHAEL C EISEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH L. ZEIGLER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH L. ZEIGLER | 360.00 | 360.00 | 0.00 | 0.00 |
| Acct: | | | | |
| M EISEN AND ASSOCIATES PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 648.80 | 0.00 | 0.00 | 0.00 |
| Acct: 4042 | | | | |
| INTERNAL REVENUE SERVICE* | 5,800.89 | 0.00 | 0.00 | 0.00 |
| Acct: 4042 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| PULASKI TOWNSHIP (PERCAPITA) | 49.50 | 0.00 | 0.00 | 0.00 |
| Acct: 5559 | | | | |
| PULASKI TOWNSHIP (PERCAPITA) | 61.50 | 0.00 | 0.00 | 0.00 |
| Acct: 5558 | | | | |
| FIRST COMMONWEALTH BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1937 | | | | |
| BAY AREA CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6467 | | | | |
| BERKS CREDIT & COLLECTIONS INC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1512 | | | | |
| BYL COLLECTION SVCS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2416 | | | | |
| SPRINT CORP(*) | 1,259.49 | 0.00 | 0.00 | 0.00 |
| Acct: 5702 | | | | |
| CREDIT COLLECTION SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9033 | | | | |
| DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9612 | | | | |
| ESCALLATE LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1263 | | | | |
| ESCALLATE LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6040 | | | | |
| ESCALLATE LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6599 | | | | |
| ESCALLATE LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4965 | | | | |
| ESCALLATE LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3097 | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7874 | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5741 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2179 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8001 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5001 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 6,501.43 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 9422 | | | | |
| JAMESON HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2802 | | | | |
| JAMESON HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5603 | | | | |
| MITCHELL D BLUHM & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7718 | | | | |
| LAWRENCE COUNTY FAM MED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1930 | | | | |
| LUCIEN DIAGNOSTIC IMAGING INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2921 | | | | |
| LUCIEN DIAGNOSTIC IMAGING INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9512 | | | | |
| NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5285 | | | | |
| NORTHWEST CONSUMER DISCOUNT CO** | 2,196.19 | 0.00 | 0.00 | 0.00 |
| Acct: 4874 | | | | |
| OMNI MANAGEMENT ASSOCIATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9222 | | | | |
| OMNI MANAGEMENT ASSOCIATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9215 | | | | |
| OMNI MANAGEMENT ASSOCIATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5603 | | | | |
| PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2168 | | | | |
| PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7860 | | | | |
| PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0950 | | | | |
| PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8050 | | | | |
| PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8525 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9847 | | | | |
| SCHLEE AND STILLMAN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0973 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA G | 8,534.62 | 0.00 | 0.00 | 0.00 |
| Acct: 5285 | | | | |
| SANTANDER CONSUMER USA** | 2,774.95 | 0.00 | 0.00 | 0.00 |
| Acct: 8025 | | | | |
| PA DEPARTMENT OF REVENUE* | 145.81 | 0.00 | 0.00 | 0.00 |
| Acct: 4042 | | | | |
| QUANTUM3 GROUP LLC - AGENT CASCAD | 130.24 | 0.00 | 0.00 | 0.00 |
| Acct: 4338 | | | | |
| JAMESON HEALTH SYSTEM | 15,970.88 | 0.00 | 0.00 | 0.00 |
| Acct: 4042 | | | | |
| JILL MANUEL-COUGHLIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT W WILLIAMS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9788 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| OMNI MANAGEMENT ASSOCIATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0187 | | | | |
| OMNI MANAGEMENT ASSOCIATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0187 | | | | |

| 16-23209 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 4 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   INTERNAL REVENUE SERVICE* | 4,260.89 | 0.00 | 0.00 | 0.00 |
|     Acct: 4042 | | | | |
|   UNIVERSITY OF PITTSBURGH PHYSICIANS | 1,074.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7833 | | | | |
|   ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES R WOOD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                   50,876.44

TOTAL CLAIMED
PRIORITY            6,449.69
SECURED            20,092.27
UNSECURED        42.959.50

Date: 04/30/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com