# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

In re:

    KENNETH L. ZEIGLER

    MARY L. ZEIGLER

        Debtor(s)

Case No. 16-23209JAD

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/31/2016.

2) The plan was confirmed on 10/21/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 05/25/2017, 06/09/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/16/2018, 11/13/2020.

5) The case was dismissed on 02/18/2021.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 57.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $11,180.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $57,398.18 | |
| Less amount refunded to debtor | $360.00 | |
| **NET RECEIPTS:** | | **$57,038.18** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $2,661.74 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$6,161.74** |

Attorney fees paid and disclosed by debtor:    $500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN CREDIT ACCEPTANCE | Secured | 9,012.00 | 9,120.90 | 0.00 | 5,477.00 | 0.00 |
| AMERICAN CREDIT ACCEPTANCE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS INC | Unsecured | NA | 8,534.62 | 8,534.62 | 0.00 | 0.00 |
| BAY AREA CREDIT SERVICE | Unsecured | 751.75 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTIONS INC | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| BYL COLLECTION SVCS LLC | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES++ | Unsecured | 422.76 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS++ | Unsecured | 645.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC++ | Unsecured | 1,288.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC++ | Unsecured | 752.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC++ | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC++ | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC++ | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK | Unsecured | 581.00 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC++ | Unsecured | 265.47 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC++ | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC++ | Unsecured | 10,200.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 1,885.06 | 5,800.89 | 5,800.89 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 4,260.89 | 4,260.89 | 0.00 | 0.00 |
| JAMESON HEALTH SYSTEM | Unsecured | NA | 15,970.88 | 15,970.88 | 0.00 | 0.00 |
| JAMESON HEALTH SYSTEM | Unsecured | 1,574.84 | NA | NA | 0.00 | 0.00 |
| JAMESON HEALTH SYSTEM | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| LAWRENCE COUNTY FAM MED | Unsecured | 413.20 | NA | NA | 0.00 | 0.00 |
| LAWRENCE COUNTY TAX CLAIM BU | Secured | 2,121.82 | 0.00 | 0.00 | 0.00 | 0.00 |
| LAWRENCE COUNTY TAX CLAIM BU | Secured | 33.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LUCIEN DIAGNOSTIC IMAGING INC+ | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| LUCIEN DIAGNOSTIC IMAGING INC+ | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 7,263.42 | 6,501.43 | 6,501.43 | 0.00 | 0.00 |
| MITCHELL D BLUHM & ASSOCIATES | Unsecured | 1,556.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NORTHLAND GROUP INC. | Unsecured | 8,534.62 | NA | NA | 0.00 | 0.00 |
| NORTHWEST CONSUMER DISCOUNT | Unsecured | 1,531.00 | 2,196.19 | 2,196.19 | 0.00 | 0.00 |
| OMNI MANAGEMENT ASSOCIATES+ | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| OMNI MANAGEMENT ASSOCIATES+ | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| OMNI MANAGEMENT ASSOCIATES+ | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 2,280.38 | 648.80 | 648.80 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Secured | 0.00 | 2,012.14 | 2,012.14 | 1,193.09 | 198.11 |
| PA DEPARTMENT OF REVENUE* | Unsecured | 0.00 | 145.81 | 145.81 | 0.00 | 0.00 |
| PENN CREDIT CORP++ | Unsecured | 1,768.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP++ | Unsecured | 1,432.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP++ | Unsecured | 752.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP++ | Unsecured | 493.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP++ | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 1,495.99 | NA | NA | 0.00 | 0.00 |
| PULASKI TOWNSHIP (PERCAPITA) | Unsecured | 49.50 | 49.50 | 49.50 | 0.00 | 0.00 |
| PULASKI TOWNSHIP (PERCAPITA) | Unsecured | 49.50 | 61.50 | 61.50 | 0.00 | 0.00 |
| PULASKI TWP - REAL ESTATE TAX | Secured | 1,188.06 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT CA | Unsecured | NA | 130.24 | 130.24 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA** | Unsecured | 0.00 | 2,774.95 | 2,774.95 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA** | Secured | 5,924.00 | 3,425.00 | 0.00 | 0.00 | 0.00 |
| SCHLEE AND STILLMAN LLC | Unsecured | 900.82 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP(*) | Unsecured | 1,259.49 | 1,259.49 | 1,259.49 | 0.00 | 0.00 |
| TREASURER OF LAWRENCE COUNT | Secured | 612.83 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PITTSBURGH PHYSI | Unsecured | NA | 1,074.00 | 1,074.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIE | Secured | 65,964.52 | 67,178.31 | 0.00 | 25,932.37 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIE | Secured | 0.00 | 18,080.13 | 18,080.13 | 18,075.87 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $25,932.37 | $0.00 |
| Mortgage Arrearage | $18,080.13 | $18,075.87 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $5,477.00 | $0.00 |
| All Other Secured | $2,012.14 | $1,193.09 | $198.11 |
| **TOTAL SECURED:** | **$20,092.27** | **$50,678.33** | **$198.11** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,449.69 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$6,449.69** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$42,959.50** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,161.74 |
| Disbursements to Creditors | $50,876.44 |

**TOTAL DISBURSEMENTS** :                    **$57,038.18**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/04/2021                          By: /s/ Ronda J. Winnecour
                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**